**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00724-CV

**FLAGSTAR BANK, FSB, Appellant**

**V.**

**MARK WALKER, ET AL., Appellees**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-04864-2009**

## ORDER

Before the Court is the July 30, 2013 second motion of Shawn Gant, Official Court Reporter for the 429th Judicial District Court of Collin County, Texas, for an extension of time to file the reporter's record. Ms. Gant requests a sixty-day extension. We **GRANT** the motion **to the extent** that the reporter's record shall be filed on or before **August 28, 2013**. *See* TEX. R. APP. P. 35.3(c).

/s/      CAROLYN WRIGHT
CHIEF JUSTICE